```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

SHERMAN WALKER,                          :

           Plaintiff,              :

      -against-                        :

C.O. J. CABAN & LT. G. LAUERTLY,         :

           Defendants.             :

----------------------------------x

08 Civ. 3025 (JSR) (AJP)

**ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a conference is scheduled for June 3, 2008 at 12:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Walker, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

      The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:      New York, New York
              May 29, 2008

                                  Andrew J. Peck
                                  United States Magistrate Judge

Copies to:   Sherman Walker (Mail)
               Christopher VanDeWater, Esq. (Fax)
               Judge Jed S. Rakoff