USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
SHERMAN WALKER,

             Plaintiff,

    - against -

C.O. J. CABAN & LT. G. LAUERTLY,

            Defendants.
-----------------------------------------------------

08 Civ. 3025 (JSR)(AJP)

**ORDER**

IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of plaintiff Sherman Walker, 92A7141, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at ~~any~~ *the* New York State Correctional Facility *where Walker is incarcerated*, upon notice to the plaintiff and Superintendent of the correctional facility, and

Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

_____

U.S.M.J.

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy: *[handwritten notation]*

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** June 3, 2008               **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Christopher VanDeWater, Esq. | 212-416-6009 |
|  |  |
|  |  |

# TRANSCRIPTION:

[Inserted phrase:]

. . . at the New York State Correctional Facility <u>where Walker is incarcerated,</u> upon notice . . .


**Copies to:** Sherman Walker (Mail)
                Judge Jed S. Rakoff