USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x

SHERMAN WALKER,                         :

           Plaintiff,                 :      08 Civ. 3025 (JSR) (AJP)

    -against-                         :      RULE 16 INITIAL PRETRIAL
                                                        CONFERENCE ORDER

C.O. J. CABAN & LT. G. LAUERTLY,        :

           Defendants.                :

--------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on June 3, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

       1.    All fact and expert discovery must be completed by July 31, 2008. Expert reports must be served by July 15, 2008.

       2.    Each party will notify this Court by August 4, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by August 15, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

       3.    The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules

of the District Judge to whom this case is assigned, by August 22, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

    4.    A status conference will be held before the undersigned on July 3, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

    5.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:    New York, New York
               June 3, 2008

Andrew J. Peck
United States Magistrate Judge

Copies to:    Sherman Walker (Mail)
               Christopher VanDeWater, Esq. (Fax)
               Judge Jed S. Rakoff