```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHERMAN WALKER,                      :
                                     :
            Plaintiff,               :      08 Civ. 3025 (JSR)
                                     :
     -v-                             :           ORDER
                                     :
C.O. J. CABAN and LIEUTENANT G.      :
LAUERTLY,                            :
                                     :
            Defendants.              :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The trial in the above-captioned case will commence on December 16, 2008 at 9:00 a.m. in Courtroom 14B. Defense counsel is directed to take all necessary steps to see that the plaintiff is produced for trial, including providing the Court with a proposed writ by no later than October 20, 2008.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 26, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08
```